**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Chester Nelson
                               Plaintiff,

v.                                                Case No.: 1:09–cv–05033
                                                        Honorable Gary Feinerman

Village of Lisle, et al.
                               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, January 14, 2011:

      MINUTE entry before Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motion for summary judgment [30] is granted. Status hearing scheduled for 2/23/2011 [52] is stricken. Plaintiff's motion to strike [37] is denied as moot. Civil case terminated.Mailed notice(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.